**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER ALAN COBB,

    Plaintiff,

  v.

UNDER SEAL,

    Defendant

No. C-12-4390 MMC

**ORDER DENYING PLAINTIFF'S REQUEST TO FILE CASE UNDER SEAL; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF**

    Before the Court is plaintiff Christopher Alan Cobb's complaint, filed August 20, 2012, and plaintiff's Application to Proceed in Forma Pauperis, filed August 21, 2012. Having read and considered plaintiff's filings, the Court rules as follows:

    1. When plaintiff submitted his complaint to the Clerk of the Court, plaintiff orally requested that the case be filed under seal, and the Clerk, in an abundance of caution, temporarily sealed the case pending review by the assigned judge.[1] Because plaintiff has failed to make any showing as to the need to file the complaint or any other document under seal, plaintiff's request to seal the case is hereby DENIED. See Civil L. R. 79-5 (setting forth limited circumstances when documents may be filed under seal).

    Accordingly, the Clerk is hereby DIRECTED to unseal the case.

    2. Plaintiff's application to proceed in forma pauperis is deficient, for the reason

---

[1] The instant action was reassigned to the undersigned on October 15, 2012

plaintiff failed to sign the application.  See Fed. R. Civ. P. 11(a) (providing "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented"); 28 U.S.C. § 1915(a) (providing party seeking to proceed in forma pauperis must submit affidavit in support of request).  Moreover, plaintiff's application appears facially implausible, because plaintiff asserts therein he is not employed, has no income from any source, does not have a bank account, does not own any cash or any other asset, has no monthly expenses, and has no credit or debts.

Accordingly, plaintiff's application is hereby DENIED, and plaintiff is hereby DIRECTED to pay to the Clerk of the Court, no later than November 9, 2012, the filing fee of $350, or, in the alternative, to file by said date an amended application to proceed in forma pauperis.  Should plaintiff elect to file an amended application, plaintiff must sign the application and must provide a more detailed and complete description of his economic circumstances.

**IT IS SO ORDERED.**

Dated:  October 22, 2012

MAXINE M. CHESNEY
United States District Judge