IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALAN COBB, | No. C-12-4390 MMC |
| Plaintiff, | **ORDER DISMISSING COMPLAINT; DIRECTIONS TO CLERK** |
| v. | |
| UNDER SEAL, | |
| Defendant | |

By order filed October 22, 2012, the Court denied plaintiff Christopher Alan Cobb's application to proceed in forma pauperis, and directed plaintiff to pay to the Clerk of the Court, no later than November 9, 2012, the filing fee of $350, or, in the alternative, to file by said date an amended application to proceed in forma pauperis. Plaintiff has failed to either pay the filing fee or to file an amended application to proceed in forma pauperis.

Accordingly, the instant complaint is hereby DISMISSED, and the Clerk is hereby DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: November 15, 2012

MAXINE M. CHESNEY
United States District Judge