IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER ALAN COBB,

        Plaintiff,

  v.

UNDER SEAL,

        Defendant.

                                            /

No. CV-12-4390 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant complaint is hereby DISMISSED.

Dated: November 15, 2012                              Richard W. Wieking, Clerk

                                                                                         *Tracy Lucero* (signature)

                                                                                         By: Tracy Lucero
                                                                                        Deputy Clerk